IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY P. WATSON,

        Plaintiff,                  No. CIV S-06-1475 LKK KJM P

   vs.

J. TORRUELLA, et al.,

        Defendants.        <u>ORDER</u>

                          /

        Plaintiff has filed his second request for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 18, 2007 request for an extension of time is granted; and

        2. Plaintiff's April 27, 2007 amended complaint is deemed timely.

DATED: May 8, 2007.

                                      U.S. MAGISTRATE JUDGE

/mp
wats1475.36sec