IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY P. WATSON,

      Plaintiff,                    No. CIV S-06-1475 LKK KJM P

    vs.

J. TORRUELLA, et al.,

      Defendants.         <u>ORDER</u>

                                /

        Plaintiff has filed a document in which he asks that the court provide him with legal materials such as Ninth Circuit authorized jury instructions. The court does not provide litigants with such copies; therefore, plaintiff's request (#24) is denied.

DATED: June 16, 2008.

                                                              U.S. MAGISTRATE JUDGE

1
wats1475.inf