IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY P. WATSON,

      Plaintiff,                      No. CIV S-06-1475 LKK KJM P

      vs.

J. TORRUELLA, et al.,

      Defendants.               ORDER

_____/

On May 28, 2008, plaintiff filed a request for an extension of time within which to conduct discovery. The scheduling order for this matter indicates that all requests for discovery were to be served by April 14, 2008 and plaintiff has not adequately explained why he could not comply with that order by serving his discovery requests before that date, or at least seek an extension of time by that date. His request (#23) is denied.

DATED: June 18, 2008.

_____
U.S. MAGISTRATE JUDGE

1
wats1475.dis