IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY P. WATSON,

      Plaintiff,                      No. CIV S-06-1475 LKK EFB P

    vs.

J. TORUELLA, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 2, 2009, the court found that plaintiff disobeyed orders directing him to file an opposition to defendants' motion for summary judgment, in spite of an extension of time to do so and prior warnings from the court that failure to comply would result in dismissal of his action. Accordingly, the court recommended that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

      On March 19, 2009, plaintiff filed objections to the findings and recommendations, as well as an opposition to defendants' motion to dismiss. The court will consider the opposition brief and issue new findings and recommendations addressing the merits of the motion. However, plaintiff is admonished that future violations of the local rules or orders of the court will result in dismissal.

1

| | |
|---|---|
| 1 | Accordingly, it is ORDERED that the March 2, 2009 findings and recommendations |
| 2 | are vacated. The court will construe plaintiff's March 19, 2009 filings together as an |
| 3 | opposition brief and defendants' motion for summary judgment stands submitted. |
| 4 | Dated: March 27, 2009. |

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE