IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY P. WATSON,

      Plaintiff,                    No. CIV S-06-1475 LKK EFB P

      vs.

J. TORRUELLA, et al.,

      Defendants.              <u>ORDER</u>

                                /

      In accordance with the district judge's October 7, 2009 order, the court hereby orders that the dispositive motion deadline is extended to 30 days from the date this order is issued, to allow defendants an opportunity to move for summary judgment on plaintiff's medical malpractice claim. Upon request of the parties, the court will reopen discovery as necessary, for the motion.

      So ordered.

Dated:  October 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE