IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY P. WATSON,

        Plaintiff,                      No. CIV S-06-1475 LKK EFB P

       vs.

J. TORRUELLA, et al.,

                                ORDER

        Defendants.
                                /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 7, 2009, the district judge ordered that the undersigned seek counsel to be appointed for plaintiff. In light of the pending appointment of counsel, the court hereby ORDERS that the December 18, 2009 order directing the filing of pretrial statements, is VACATED.

Dated: December 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE