IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY P. WATSON,

        Plaintiff,                    No. CIV S-06-1475 LKK KJN P

   vs.

J. TORRUELLA, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a California prisoner proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. The court has found that appointment of counsel for plaintiff is warranted. See Order filed October 7, 2009 (Docket No. 40), at 13. Jonathan Howden was selected from the court's pro bono attorney panel and has now agreed to represent plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Dean A. Morehous, Jr. is appointed to represent plaintiff.

        2. This matter is set for a status conference before the undersigned on Thursday, April 1, 2010, at 10:00 a.m., in Courtroom No. 25. All parties shall appear by counsel who shall be prepared to discuss the current status of this action and how it should proceed.

        3. Jonathan Howden shall contact Sujean Park, ADR and Pro Bono Program

Director, at 916-930-4278, if he has questions related to this appointment.

    4. The Clerk of the Court is directed to serve a copy of this order upon counsel for all parties, including Dean A. Morehous, Jr., Winston & Strawn LLP, 101 California Street, 39th Floor, San Francisco, CA 94111.

DATED: February 16, 2010

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

wats1475.31