IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY P. WATSON,** | CIV-S-06-1475 LKK KJN P |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR THE DEPOSITION OF DR. TORRUELLA AND TO EXTEND DEADLINE FOR EXPERT DISCLOSURES** |
| **J. TORRUELLA, et al.,** | |
| Defendants. | |

The parties stipulate to extend to November 18, 2010 the deadline for plaintiff to take the deposition of defendant J. Torruella, M.D, to extend the time for expert disclosures by sixty days, and to extend the deadline for expert discovery and for discovery motions to be heard by sixty days. Pursuant to Local Rule 144(a), counsel request that the Court enter an order approving this stipulation extending time for the following reasons:

1. The Court's scheduling order (Document 51) specified that fact discovery be completed by August 27, 2010, and that plaintiff could depose defendant doctors during that time.[1] The scheduling order also specified October 8, 2010 as the parties' expert disclosure

---

[1] Order, Document 51, paragraphs 2 (at 2:6-7) and 8 (at 3:7-14).

1

1  deadline.  The deadline for completing expert discovery and for hearings on motions necessary to
2  compel any discovery is currently January 6, 2011.[2]

3      2.    Plaintiff timely noticed the deposition of defendant Dr. Torruella for August 23,
4  2010.

5      3.    Dr. Torruella was unable to attend the deposition on August 23, 2010 due to medical
6  problems.

7      4.    Due to his continuing medical problems, Dr. Torruella's deposition has yet to be re-
8  scheduled.

9      5.    The extension of fact discovery is limited to the deposition of Dr. Torruella.

10     6.    Counsel are informed and believe that Dr. Torruella is over 80 years old and has
11 several health problems that make his availability for deposition uncertain for scheduling
12 purposes.  He is also unavailable on Fridays.

13     7.    Defendants' assigned counsel, Stephen C. Pass, is beginning a 2-3 week trial in
14 Madera County Superior Court on Monday October 25, 2010.  He was on vacation the week of
15 September 27, 2010 and out of the office for expert discovery in the Madera matter for most of
16 the week of October 4, 2010.  He is unavailable for Dr. Torruella's deposition for the week of
17 October 18, 2010, owing to trial preparation.

18     8.    Counsel are making their best efforts to schedule and complete Dr. Torruella's
19 deposition at a mutually agreeable time, subject to Dr. Torruella's ability to participate.  Counsel
20 believe that they can complete his deposition by Thursday, November 18, 2010.

21     9.    Given that Dr. Torruella's deposition has yet to occur, the parties have agreed to a 60-
22 day extension of expert disclosure deadlines.

23     10.    Accordingly, counsel agree that the deadline for deposing Dr. Torruella should be
24 extended to Thursday, November 18, 2010 and that deadline for disclosing experts should be
25 extended to Wednesday, December 8, 2010.  Counsel further agree that the deadline to complete

---

[2] Order, Document 51, paragraph 1.

2

Stip. and Order re: Time Exts. for Plaintiff's Discovery from Dr. Torruella and for Expert Disclosures
(CIV-S-06-1475 LKK KJN P)

expert discovery and for hearings on any necessary motions to compel any discovery should be extended by 60 days to March 7, 2010.

SO STIPULATED.

| | |
|---|---|
| Dated:  October 7, 2010 | Respectfully submitted, |
| | EDMUND G. BROWN JR.<br>Attorney General of California<br>STEVEN M. GEVERCER<br>Supervising Deputy Attorney General |
| | */s/  Stephen C. Pass* |
| | STEPHEN C. PASS<br>Deputy Attorney General<br>*Attorneys for Defendants R. Galloway, M.D.;*<br>*J. Milliman, M.D.; and J. Torruella, M.D.* |
| Dated:  October 7, 2010 | WINSTON & STRAWN LLP |
| | */s/  Sean Meenan* |
| | SEAN MEENAN<br>MARI OVERBECK<br>*Attorneys for Plaintiff Gary P.Watson* |

    IT IS SO ORDERED.  Plaintiff shall complete Dr. Torruella's deposition by Thursday, November 18, 2010.  The parties shall serve their initial expert disclosures by Wednesday, December 8, 2010.  The parties may conduct discovery until March 7, 2011. Any motions necessary to compel discovery shall be timely filed so as to be heard by that date.

Dated:  October 8, 2010

    /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SA2008100089
31115663.docx

3

Stip. and Order re: Time Exts. for Plaintiff's Discovery from Dr. Torruella and for Expert Disclosures
(CIV-S-06-1475 LKK KJN P)