KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Senior Assistant Attorney General
STEPHEN C. PASS, State Bar No. 131179
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2558
 Fax: (916) 322-8288
 E-mail: Stephen.Pass@doj.ca.gov
*Attorneys for Defendants R. Galloway, M.D.; J. Milliman, M.D.; and J. Torruella, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARRY P. WATSON,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. TORRUELLA, et al.,**<br><br>　　　　　　　　　　　Defendants. | CIV-S-06-1475 LKK KJN P<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN DEFENDANTS**<br><br>Judge: Hon. Lawrence K. Karlton<br>Trial Date: February 28, 2012 |

The parties, by and through their counsel, stipulate that Plaintiff Garry P. Watson's claims against Defendant Richard Galloway, M.D. should and will be dismissed with prejudice. Defendant Richard Galloway, M.D. agrees to waive any claim against Plaintiff arising from this action, including, but not limited to, any claim for defense costs or attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  SO STIPULATED.

2  Dated:  February 13, 2012

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of California
        STEVEN M. GEVERCER
        Senior Assistant Attorney General

        */s/ Stephen C. Pass*
        STEPHEN C. PASS
        Deputy Attorney General
        *Attorneys for Defendants R. Galloway, M.D.;*
        *J. Milliman, M.D.; and J. Torruella, M.D.*

Dated:  February 14, 2012        WINSTON & STRAWN LLP

        */s/ Sean D. Meenan*
        SEAN D. MEENAN
        KELLY M. BREEN
        DEAN A. MOREHOUS
        EMILY L. GARCIA
        *Attorneys for Plaintiff Garry P. Watson*

I, Sean D. Meenan, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

        */s/ Sean D. Meenan*
        Sean D. Meenan

IT IS SO ORDERED.

Dated:  February 16, 2012

        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT