IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY P. WATSON,

        Plaintiff,                No. 2:06-cv-1475 LKK KJN P

    vs.

J. TORRUELLA, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Counsel for all parties are directed to file, within fourteen days, a joint report that explains the status of this action. Counsel are reminded that a Notice of Settlement was filed in this action on January 26, 2012 (Dkt. No. 64); the district judge issued an order on January 27, 2012 (Dkt. No. 65), vacating all dates, and directing the parties "to file dispositional documents disposing of the case . . . no later than seven days following Plaintiff's receipt of the settlement proceeds;" and yet the parties thereafter appear to have agreed on the dismissal of only defendant Richard Galloway, M.D. (Dkt. Nos. 66, 67). There have been no subsequent filings in this action.

////

////

////

1  Therefore, IT IS HEREBY ORDERED that counsel for all parties shall file,
2 within fourteen (14) days after the filing date of this action, a joint report explaining the current
3 status of this action and of each party.  Failure to timely comply with this order may result in the
4 imposition of sanctions.
5  SO ORDERED.
6 DATED:  April 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10 wats1475.jt.stat.