1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | STEVEN M. GEVERCER, State Bar No. 112790
Senior Assistant Attorney General
3 | STEPHEN C. PASS, State Bar No. 131179
Deputy Attorney General
4 | 1300 I Street, Suite 125
P.O. Box 944255
5 | Sacramento, CA  94244-2550
Telephone:  (916) 322-2558
6 | Fax:  (916) 322-8288
E-mail:  Stephen.Pass@doj.ca.gov

*Attorneys for Defendants R. Galloway, MD.;
J. Milliman, MD.; and J. Torruella, MD.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GARY P. WATSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. TORRUELLA, et al.,<br><br>　　　　　　Defendants. | CIV-S-06-1475 LKK KJN P<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN DEFENDANTS**<br><br><br>Judge:  Hon. Lawrence K, Karlton<br>Trial Date: February 28, 2012 |

Having agreed to settlement of this matter, the parties, by and through their counsel, stipulate that Plaintiff Gary P. Watson's claims against Defendants James Milliman, M.D. and Joseph Torruella, M.D. (collectively, "Dismissed Defendants") should be dismissed with prejudice. Dismissed Defendants agree to waive any claim against Plaintiff arising from this action, including, but not limited to any claim for defense costs or attorneys' fees.

/ / /

/ / /

/ / /

SO STIPULATED.

Dated: April 24, 2012                    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
STEVEN M. GEVERCER
Senior Assistant Attorney General


/s/Stephen C. Pass
STEPHEN C. PASS
Deputy Attorney General
*Attorneys for Defendants R. Galloway, MD.;*
*J. Milliman, MD.; and J. Torruella, MD.*

Dated: March 9, 2012                    WINSTON & STRAWN LLP


/s/Sean D. Meenan
SEAN D. MEENAN
DEAN A. MOREHOUS
EMILY L. GARCIA
*Attorneys for Plaintiff Gary P. Watson*

IT IS SO ORDERED.

Dated: May 22, 2012.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT